## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD J. SILVERBERG | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 23-1868 |
| DUPONT DE NEMOURS INC. *ET AL.* | : | |

| | | |
|---|---|---|
| RICHARD J. SILVERBERG | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 24-924 |
| DUPONT DE NEMOURS INC. *ET AL.* | : | |

### ORDER

**AND NOW**, this 2nd day of April, 2024, upon consideration of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction filed in the above cases (No. 23-1868, ECF No. 107; No. 24-924, ECF No. 8), it is **ORDERED** that the Motion is **DENIED**.

**IT IS FURTHER ORDERED** as follows:

1. The above-captioned cases shall be **CONSOLIDATED** for pretrial motions and proceedings.

2. All discovery in these matters is **STAYED** pending further Order of the Court.

3. With respect to any motions to dismiss the Complaint or any Amended Complaint in Case No. 24-924, and any responses thereto, the parties may:

   a. Incorporate and stand on their motion to dismiss or response previously filed in Case No. 23-1868;

   b. Incorporate in whole or in part their previously filed motion or response and file such supplement thereto as they deem necessary to respond to the operative Complaint in Case No. 24-924; or

2

   c. File a new, separate motion to dismiss or response thereto with respect to the operative Complaint in Case No. 24-924.

  **IT IS SO ORDERED.**

                **BY THE COURT:**

                 */s/ R. Barclay Surrick*
                **R. BARCLAY SURRICK, J.**