IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD J. SILVERBERG | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 23-1868-RBS |
| DUPONT DE NEMOURS INC. *ET AL.* | : |

**ORDER**

**AND NOW**, this 30th day of September, 2024, upon consideration of the Motions to Dismiss Plaintiff's Amended Complaint filed by Defendants The City of Philadelphia, James Kenney, Diana Cortes, Esquire, Marissa O'Connell, Esquire, and Brian R. Cullin, Esquire **(ECF No. 83)**; Gellert Scali Busenkell & Brown LLC and Gary F. Seitz, Esquire **(ECF No. 84)**; William Penn Foundation and Janet Haas, M.D. **(ECF No. 85)**; Liberty Mutual Group, Inc. and David H. Long **(ECF No. 86)**; Andrew Liveris **(ECF No. 87)**; Avantor, Inc. and Rajiv Gupta **(ECF No. 88)**; Corteva, Inc. **(ECF No. 89)**; DuPont de Nemours, Inc. and Edward Breen **(ECF No. 90)**; International Flowers & Fragrances, Inc. and Andreas Fibig **(ECF No. 91)**; Ballard Spahr LLP and Marcel S. Pratt, Esquire **(ECF No. 92)**; The Vanguard Group Inc. and Timothy Buckley **(ECF No. 93)**; and Dow, Inc. **(ECF No. 94)**, and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motions are **GRANTED**, and Plaintiff's Amended Complaint and all claims asserted therein are **DISMISSED WITH PREJUDICE**.[1]  The Court's Memorandum in support of this Order will be issued separately.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**

---

[1] Although this action has been consolidated for pretrial purposes with Plaintiff's later-filed, related action, *Silverberg v. DuPont de Nemours, Inc., et al.*, No. 24-cv-924 (*see* 4/2/24 Order ¶ 1, ECF No. 111), our ruling here is limited to the Motions to Dismiss filed in the above-captioned action.  We will separately address the Amended Complaint and pending motions to dismiss in Case No. 24-cv-924.