# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD J. SILVERBERG | : | |
| | : | |
| Plaintiff/Appellant | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DUPONT DE NEMOURS, INC. | : | NO. 23-1868 |
| -and- | : | |
| DOW, INC. | : | |
| -and- | : | |
| CORTEVA, INC. | : | |
| -and- | : | |
| INTERNATIONAL FLAVORS AND FRAGRANCES, INC. | : | |
| -and- | : | |
| AVANTOR, INC. | : | |
| -and- | : | |
| LIBERTY MUTUAL GROUP, INC. | : | |
| -and- | : | |
| THE VANGUARD GROUP, INC. | : | |
| -and- | : | |
| WILLIAM PENN FOUNDATION | : | |
| -and- | : | |
| CITY OF PHILADELPHIA | : | |
| -and- | : | |
| BALLARD SPAHR LLP | : | |
| -and- | : | |
| GELLERT SCALI BUSENKELL & BROWN LLC | : | |
| -and- | : | |
| EDWARD BREEN | : | |
| -and- | : | |
| ANDREW LIVERIS | : | |
| -and- | : | |
| RAJIV GUPTA | : | |
| -and- | : | |
| ANDREAS FIBIG | : | |
| -and- | : | |
| DAVID H. LONG | : | |
| -and- | : | |

| | |
|---|---|
| TIMOTHY BUCKLEY | : |
| -and- | : |
| JANET HAAS, M.D. | : |
| -and- | : |
| JAMES KENNEY | : |
| -and- | : |
| MARCEL S. PRATT, ESQUIRE | : |
| -and- | : |
| DIANA CORTES, ESQUIRE | : |
| -and- | : |
| MARISSA O'CONNELL, ESQUIRE | : |
| -and- | : |
| BRIAN R. CULLIN, ESQUIRE | : |
| -and- | : |
| GARY F. SEITZ, ESQUIRE | : |
| -and- | : |
| JOHN DOE NOS. 1-15 | : |
| | : |
| Defendants | : |

## NOTICE OF APPEAL[1]

Notice is hereby given that plaintiff/appellant, Richard J. Silverberg, appeals to the United States Court of Appeals for the Third Circuit from the following Order:

---

[1] On April 2, 2024, this case was consolidated with the matter of *Silverberg v. DuPont de Nemours, Inc., et. al.*, No. 24-924 (E.D. Pa. 2024) for purposes of pretrial proceedings.

1.      Order of September 30, 2024 (ECF No. 171) granting Defendants' Motions to Dismiss the Amended Complaint.[2]

>
> Respectfully Submitted,
>
> **RICHARD J. SILVERBERG**
>
>
> BY: /s/ Richard J. Silverberg
>     **RICHARD J. SILVERBERG**
>     I.D. No. 48329
>     P.O. Box 30433
>     Philadelphia, PA 19103
>     215-563-6369
>     rjs@rjsilverberg.com
>     Attorney for Plaintiff/Appellant

---

[2] The Order of September 30, 2024 states, "The Court's Memorandum in support of this Order will be issued separately." As of the date of this Notice of Appeal, no Memorandum has been issued.

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 4, 2024, a copy of Plaintiff/Appellant's Notice of Appeal was served upon all counsel of record via the district court's electronic filing system.

                                                By:  /s/ Richard J. Silverberg
                                                     RICHARD J. SILVERBERG

October 4, 2024
Date