**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RICHARD J. SILVERBERG | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 23-1868 |
| DUPONT DE NEMOURS INC. *ET AL.* | : | |

| | | |
|---|---|---|
| RICHARD J. SILVERBERG | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 24-924 |
| DUPONT DE NEMOURS INC. *ET AL.* | : | |

**ORDER**

**AND NOW**, this 25th day of October, 2024, the Court having granted Defendants' Motions to Dismiss Plaintiff's Amended Complaint in Case No. 23-1868 (*see* Mots., No. 23-1868, ECF Nos. 83-94; Mem. and Order, No. 23-1868, ECF Nos. 171, 173), and the Court having dismissed *with prejudice* Plaintiff's Amended Complaint in Case No. 23-1868 (ECF Nos. 171, 173), it is **ORDERED** as follows:

1.  The Clerk of Court shall **SEVER** Case No. 23-1868 from Case No. 24-924.

2.  Defendants' Motions to Dismiss docketed in Case No. 23-1868 at ECF Nos. 118-137 and 141, and Plaintiff's Motions for Partial Summary Judgment docketed in Case No. 23-1868 at ECF Nos. 156 and 157 are **DISMISSED** *as to Case No. 23-1868 only*.

3.  The Clerk of Court shall mark Case NO. 23-1868 **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:


 */s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**