# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD J. SILVERBERG | : | |
| | : | |
| Plaintiff/Appellant | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DUPONT DE NEMOURS, INC. | : | NO.  23-1868 |
| -and- | : | |
| DOW, INC. | : | |
| -and- | : | |
| CORTEVA, INC. | : | |
| -and- | : | |
| INTERNATIONAL FLAVORS AND | : | |
|   FRAGRANCES, INC. | : | |
| -and- | : | |
| AVANTOR, INC. | : | |
| -and- | : | |
| LIBERTY MUTUAL GROUP, INC. | : | |
| -and- | : | |
| THE VANGUARD GROUP, INC. | : | |
| -and- | : | |
| WILLIAM PENN FOUNDATION | : | |
| -and- | : | |
| CITY OF PHILADELPHIA | : | |
| -and- | : | |
| BALLARD SPAHR LLP | : | |
| -and- | : | |
| GELLERT SCALI BUSENKELL | : | |
|   & BROWN LLC | : | |
| -and- | : | |
| EDWARD BREEN | : | |
| -and- | : | |
| ANDREW LIVERIS | : | |
| -and- | : | |
| RAJIV GUPTA | : | |
| -and- | : | |
| ANDREAS FIBIG | : | |
| -and- | : | |
| DAVID H. LONG | : | |
| -and- | : | |

| | |
|---|---|
| TIMOTHY BUCKLEY | : |
| -and- | : |
| JANET HAAS, M.D. | : |
| -and- | : |
| JAMES KENNEY | : |
| -and- | : |
| MARCEL S. PRATT, ESQUIRE | : |
| -and- | : |
| DIANA CORTES, ESQUIRE | : |
| -and- | : |
| MARISSA O'CONNELL, ESQUIRE | : |
| -and- | : |
| BRIAN R. CULLIN, ESQUIRE | : |
| -and- | : |
| GARY F. SEITZ, ESQUIRE | : |
| -and- | : |
| JOHN DOE NOS. 1-15 | : |
| | : |
| Defendants | : |

## **SECOND AMENDED NOTICE OF APPEAL**

Notice is hereby given that plaintiff/appellant, Richard J. Silverberg, appeals to the United States Court of Appeals for the Third Circuit from the following Orders:

1.       Order of September 30, 2024 (ECF No. 171) granting Defendants' Motions to Dismiss the Amended Complaint.

2.       Memorandum of October 24, 2024 (ECF No. 173) granting Defendants' Motions to Dismiss the Amended Complaint.

3.       Order of October 25, 2024 (ECF No. 174) dismissing plaintiff's Motion for Partial Summary Judgment.

4.       Order of August 7, 2023 (ECF No. 56) denying plaintiff's Motion for Partial Summary Judgment.

Respectfully Submitted,

**RICHARD J. SILVERBERG**


BY: /s/ Richard J. Silverberg
    **RICHARD J. SILVERBERG**
    I.D. No. 48329
    P.O. Box 30433
    Philadelphia, PA 19103
    215-563-6369
    rjs@rjsilverberg.com
    Attorney for Plaintiff/Appellant

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2024, a copy of Plaintiff/Appellant's Second Amended Notice of Appeal was served upon all counsel of record via the district court's electronic filing system.

                                                By:  /s/ Richard J. Silverberg
                                                       RICHARD J. SILVERBERG

October 31, 2024
Date