IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD J. SILVERBERG | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 23-1868 |
| DUPONT DE NEMOURS, INC., et al | : | |

| | | |
|---|---|---|
| RICHARD J. SILVERBERG | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 24-924 |
| DUPONT DE NEMOURS, INC., et al | : | |

**O R D E R**

**AND NOW**, this 3rd day of January 2025, upon consideration of the Defendant Dow Inc.'s Motion to Withdraw as Counsel (ECF Nos. 177, 115), it is **ORDERED** that the Motions are **GRANTED**. The Clerk of Court is **DIRECTED** to remove Carla G. Graff, Esquire, from service of any further pleadings in connection with these matters.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**